UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Linda Barron

    v.                                              Case No. 22-cv-318-SE

Benchmark Senior Living, LLC


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:  23, Defendant, Benchmark Senior Living LLC's Initial Disclosures

DATE FILED:  April 14, 2023

The document above fails to comply with:

| ☒ Fed. R. Civ. P. 5(d)(1) | Disclosures under Rule 26(a)(1) must not be filed with the court until they are used in the proceeding or the court orders the filing. |

It is herewith ordered that the document is stricken and removed from the docket.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: April 17, 2023

cc: Counsel of Record